'(November 17, 1920.)'

H. F. SEISSER and NANNIE E. SEISSER, Appellants, v. OREGON SHORT LINE RAILROAD COMPANY, a Corporation, Respondent.

[193 Pac. 731.]

Appeal and Error—Order for Judgment.
   An order for a judgment is not appealable.

APPEAL from the District Court of the Sixth Judicial District, for Bingham County. Hon. F. J. Cowen, Judge.

Suit to quiet title. Judgment for defendant. Appeal *dismissed.*

A. S. Dickinson, for Appellants, cites no authorities on point decided.

Geo. H. Smith and H. B. Thompson, for Respondent.

The appeal is from an order for a judgment, which has not been entered, and this court is without jurisdiction to consider the same. (*Oliver v. Kootenai County,* 13 Ida. 281, 90 Pac. 107; *Santti v. Hartman,* 29 Ida. 490, 161 Pac. 249.)

MORGAN, C. J.—This case was submitted to the district court on an agreed statement of facts, in lieu of evidence, and the following decision was rendered:

"JUDGMENT.

"The above-entitled matter having heretofore been taken under advisement for consideration and decision by the court; comes now the court and renders his decision, and orders judgment entered in favor of the defendant and against the plaintiffs, thereby dismissing plaintiff's complaint.

"Judgment rendered December 31, 1917.

"F. J. COWEN, Judge.

"Filed December 31, 1917."

This is not a judgment, but an order for one, and is not appealable. (*Santti v. Hartman,* 29 Ida. 490, 161 Pac. 249, and cases therein cited.)

On authority of the cases above mentioned, this appeal is dismissed. Costs awarded to respondent.

Rice and Budge, JJ., concur.